UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

---

**JOE HAND PROMOTIONS, INC.,** as Broadcast Licensee of the **November 15, 2008, UFC #91** Broadcast,

        Plaintiff,

  v.

                                No.09-cv-786-JPG

THOMAS L. WORTHEN, Individually, and d/b/a T.J.'s BAR a/k/a TJ's, and T.J.'s BAR a/k/a TJ's,

        Defendants.

---

## MEMORANDUM AND ORDER

This matter comes before the Court on the Stipulation of Dismissal (Doc. 25) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) signed by all parties who have appeared in this case.  Rule 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that this action is **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to close this case.

    **SO ORDERED this 17th day of June, 2010**

                              s/ J. Phil Gilbert
                              **HON. J. PHIL GILBERT**
                              **United States District Judge**